JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Robert Dilworth,<br><br>Plaintiff,<br><br>v.<br><br>County of San Bernardino, et al.,<br><br>Defendants. | Case No. EDCV 23-1879 JGB (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendants against Plaintiff. (JS-6)

**IT IS SO ORDERED.**

Dated: August 26, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge